**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 20, 2026

**BY ECF AND EMAIL**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Court will hold an arraignment and initial conference in this matter on December 3, 2026 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent, excludes time from November 18, 2026 to December 3, 2026 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) upon a finding that the ends of justice outweighs the interests of the defendant and the public in a speedy trial for the reasons as stated by the Government.

11/23/2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re: *United States v. Casius Ernest*, 26 Cr. 556 (LJL)**

Dear Judge Liman:

The Government writes in advance of the arraignment and initial conference in the above-captioned matter, which have been scheduled for December 3, 2026, at 2:00 p.m. The Government respectfully requests that time between the November 18, 2026 indictment in this matter and the December 3, 2026 arraignment and initial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

While it is the Government's position that the Speedy Trial clock does not begin to run until the date a defendant is arraigned, out of an abundance of caution, the Government seeks the proposed exclusion. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the Government time to begin assembling discovery and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. The defense has informed the Government that they consent to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ____________________________
Ariel Cohen
Assistant United States Attorney
(212) 637-2416

cc: Lauren Di Chiara, Esq. (by ECF)